IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| L.G. PHILIPS LCD CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 07-186-JJF |
| | ) | |
| TATUNG COMPANY; et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

WHEREAS, in view of the dismissal of the related action, LG.Philips LCD Co., Ltd. v. Tatung Company, et al., C.A. No. 04-343-JJF, this action should also be dismissed;

THEREFORE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff LG.Philips LCD Co., Ltd. hereby dismisses this action.

August 21, 2008

OF COUNSEL:

Gaspare J. Bono
Rel S. Ambrozy
Lora Brzezynski
Cass Christenson
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, D.C. 20006
(202) 496-7500

BAYARD, P.A.

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (#0922)
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE 19899
(302) 655-5000
Attorneys for Plaintiff,
LG.Philips LCD Co., Ltd.

{BAY:01131107v1}