

222 Delaware Avenue • Suite 900
P.O. Box 25130 • Wilmington, DE • 19899
Zip Code For Deliveries 19801

(302) 429-4208
rkirk@bayardlaw.com

ELECTRONICALLY FILED
ORIGINAL BY HAND

August 21, 2008

The Honorable Joseph J. Farnan, Jr.
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124
Wilmington, DE  19801

      Re:   *LG.Philips LCD Co., Ltd. v. Tatung Company, et al.*
            Case Nos. 07-186-JJF

Dear Judge Farnan:

    By order dated August 11, 2008, the Court requested a status report in this case regarding what impact, if any, the dismissals in C.A. No. 05-292-JJF and C.A. No. 04-343-JJF had on the case, which arose during and as a result of discovery disputes in C.A. No. 04-343-JJF.

    The Court's request was similar to requests dated February 4, 2008 in three related cases (D.I. 18 in 07-180, D.I. 21 in 07-183, and D.I. 25 in 07-184), requesting status reports in those cases   I wrote to the Court in those three cases on February 15, 2008 advising that they should be dismissed.

    After conferring with counsel for Tatung Company, I write to advise the Court that, in view of the dismissal of C.A. No. 04-343-JJF, the parties believe the captioned case may likewise be terminated.  I have accordingly filed a Notice of Dismissal.

    If the Court has any questions, counsel would be pleased to respond.

                                 Respectfully submitted,

                                 Richard D. Kirk (rk0922)

RDK:dvr
cc:  Anne Shea Gaza, Esquire
31066-1

www.bayardlaw.com        Phone: (302) 655-5000        Fax: (302) 658-6395

